UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:  2:13–cv–05834–MMM–MRW          Date:  9/19/2013
Title:  TELE MUNCHEN FERNSEH GMBH AND CO. PRODUKTIONSGESELLSCHAFT V. ALLIANCE ATLANTIS INTERNATIONAL DISTRIBUTION, LLC ET AL

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

|  Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| None Appearing | None Appearing |

Proceedings:    **(In Chambers) Order to Show Cause re Dismissal re Lack of Prosecution**

     The instant case was removed to the Federal District Court on 08/12/2013. A response to the complaint is due 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. See Rule 81 of the Federal Rules of Civil Procedure.

     It appears a response from defendant has not been filed. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before **September 25, 2013** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order To Show Cause will stand submitted upon the filing of plaintiff's/defendant's response.

     If plaintiff/defendant files:

     An answer by the following defendant(s):
     **Alliance Atlantis Int'l; Echo Bridge Entertainment OR**

     Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure:
      **Alliance Atlantis Int'l; Echo Bridge Entertainment**

on or before the date indicated above, the court will consider this a satisfactory response to the Order to Show Cause.

Initials of Deputy Clerk: ah